AO 247 (02/08) Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT

for the
District of Rhode Island

United States of America )
v. )
**Rafael De Los Santos** ) Case No: **CR02-20-01T**
**a/k/a Efrain Rodriguez** ) USM No: **05142-070**
Date of Previous Judgment: **07/26/2002** ) **Kevin Fitzgerald, Esq.**
) Defendant's Attorney

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ✔ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

☐ DENIED. ✔ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of **121** months **is reduced to 120 months** .

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: | **31** | Amended Offense Level: | **29** |
| Criminal History Category: | **II** | Criminal History Category: | **II** |
| Previous Guideline Range: | **121** to **151** months | Amended Guideline Range: | **120** to **121** months |

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**

✔ The reduced sentence is within the amended guideline range.

☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.

☐ Other (explain):

**III. ADDITIONAL COMMENTS**

Except as provided above, all provisions of the judgment dated **07/26/2002** shall remain in effect.

**IT IS SO ORDERED.**

Order Date: 8/6/08 Ernest C Torres
Judge's Signature

Effective Date: ______________ **Ernest C. Torres, Senior US District Court Judge**
(If different from order date) Printed Name and Title